FILED

SEP 08 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELIX L. JACKSON,
Petitioner,
vs.
ANTHONY HEDGPETH, Warden,
Respondent.

No. C 11-02201 EJD (PR)

ORDER TO SHOW CAUSE

Petitioner, a state prisoner incarcerated at the Salinas Valley State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, Petitioner was found guilty in Alameda County Superior Court of assault with a semiautomatic firearm upon a peace officer or firefighter (Penal Code § 245(d)(2), three counts of obstructing or resisting officers in the performance of their duties (id. § 69), and several sentencing enhancements under Penal Code §§ 12022.53(b) and 12022.5(a). (Pet. at 2.) Petitioner was sentenced to seventeen years in state prison. (Id.)

Petitioner appealed the conviction; the state appellate court affirmed the conviction and the state high court denied review on May 12, 2010. (Id. at 3.) Petitioner filed the instant federal habeas petition on May 4, 2011.

## DISCUSSION

A. Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B. Legal Claims

Petitioner raises the following grounds for federal habeas relief: 1) the conviction under Penal Code § 69 violates the Fourteenth Amendment because the statutes "does not apply to firefighters who were not performing a duty or gave verbal order"; and 2) the trial court violated Petitioner's rights under the Fifth, Sixth and Fourteenth Amendments when it excluded expert testimony establishing that Petitioner was "legally unconscious." (Pet. at 6.) Liberally construed, Petitioner's claims appear cognizable under § 2254 and merit an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. The Clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

United States District Court
For the Northern District of California

2. Respondent shall file with the court and serve on Petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner must also keep the Court and all parties informed of any change of address.

DATED: 9/7/11

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIX LEE JACKSON,

Petitioner,

v.

ANTHONY HEDGPETH, Warden,

Respondent.

_______________________________________/

Case Number: CV11-02201 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/08/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix L. Jackson F96626
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960

Dated: 9/08/11

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk