**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX L. JACKSON, <br>     Petitioner, <br>   vs. <br> ANTHONY HEDGPETH, Warden, <br>     Respondent. | No. C 11-02201 EJD (PR) <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE <br><br> (Docket No. 18) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent filed a timely answer on January 5, 2012. (Docket No. 9.) On January 6, 2012, Petitioner filed a letter indicating that he had yet to receive the Respondent's answer, and that it was hindering him from preparing his response. (Docket No. 18.) In the interest of justice, the Court will grant Petitioner an extension of time to file a traverse, such that Petitioner shall file a traverse **no later than March 5, 2012.**

DATED: ____2/8/2012_____         _____
                                                                      EDWARD J. DAVILA
                                                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FELIX LEE JACKSON,

        Plaintiff,

  v.

ANTHONY HEDGPETH et al,

        Defendant.

Case Number: CV11-02201 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix L. Jackson F96626
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960

Dated: February 10, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk

Order Granting Ext. Of Time
N:\Pro - Se & Death Penalty Orders\February 2012\11-02201Jackson_eot-uav.wpd